APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Howard Norris
(Please print)

STREET ADDRESS: 4930 W. 190th St.

CITY/STATE/ZIP: Country Club Hills, IL. 60478

PHONE NUMBER: (630) 392-1855

CASE NUMBER: 08CV4595
JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN

Signature

Date: August 12, 2008

FILED
AUG 13 2008  TC
MICHAEL W. ROBBINS
CLERK, U.S. DISTRICT COURT